IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ZEPHYR RAIL SERVICES, L.L.C., <br><br> Plaintiff, <br><br> vs. <br><br> CHARLES C. JENSEN, and PETER J. MESSINA JR., <br><br> Defendants. | **8:16CV428** <br><br> **ORDER** |

After conferring with counsel,

IT IS ORDERED that as to the pending motions in this case,

1) The parties' anticipated joint stipulation to transfer this case to the United States District Court for the District of New Jersey shall be filed on or before July 20, 2017.

2) Any remaining deadlines for responding or replying to the pending motions, and the court's review and consideration of those motions, is stayed pending further order of this court or the New Jersey federal court.

July 13, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge